**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BERYL OIL & GAS LP, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1486 |
| M/V ANTALINA, *et al.*, | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 3), this action is dismissed with prejudice.

SIGNED on September 15, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge